

**ORIGINAL**

FILED

01/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0508

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0508

RANDALL KEITH ORTON,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

**FILED**

JAN 2 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 29, 2022, within which to file his opening brief.

DATED this 20 day of January, 2022.

For the Court,

_____
Chief Justice